1  VICKI E. CODY, Bar #157842
   Attorney At Law
2  P.O. Box 189685
   Sacramento, California 95818
3  Telephone: (916) 442-1468
   Facsimile: (916) 442-1963
4
   Attorney for Defendant
5  BRENT DELVALEN BLAKE

6  MICHAEL BIGELOW, Bar #65211
   Attorney At Law
7  428 J Street, Suite 358
   Sacramento, CA 95814
8  Telephone: (916) 443-0217
   Facsimile: (916) 447-2988
9
   Attorney for Defendant
10 DEREK LADONTE MADDOX

11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15

16 UNITED STATES OF AMERICA,      ) NO. CR-S-03-0371 MCE
                                  )
17             Plaintiff,         )
                                  ) **STIPULATION AND ORDER CONTINUING**
18     v.                         ) **STATUS HEARING**
                                  )
19 DEREK LADONTE MADDOX, and      ) Date: April 25, 2006
   BRENT DELVALEN BLAKE,          ) Time: 8:30 a.m.
20                                ) Judge: Hon. Morrison C. England
               Defendants.        )
21                                )
   _____
22

23     DEREK LADONTE MADDOX, by and through his counsel, MICHAEL BIGELOW,

24 BRENT DELVALEN BLAKE, by and through his counsel VICKI E. CODY, and the

25 United States Government, by and through its counsel, WILLIAM WONG,

26 Asst. U.S. Attorney, hereby agree to continue the status hearing set

27 for April 18, 2006, to April 25, 2006, at 8:30 a.m.

28 ///

1    This continuance is requested because Mr. Maddox's counsel is
2 unavailable on April 18th, because he is in trial on another matter our
3 of town. The parties further agree and stipulate that time should be
4 excluded from calculation under the Speedy Trial Act (18 U.S.C. § 3161
5 et seq.) for the following reason: time for counsel to prepare and
6 unavailability of counsel (Local Code T4).  Accordingly time is
7 excluded under 18 U.S.C. § 3161(h)(8)(iv)(Local Code T4), from April
8 18, 2006, through and including April 25, 2006.
9    IT IS SO STIPULATED.
10 Dated: April 14, 2006
                                Respectfully submitted,

                                /s/ Signature on file w/CODY
                                VICKI E. CODY
                                Attorney for Defendant
                                BRENT DELVALEN BLAKE

Dated: April 14, 2006
                                Respectfully submitted,

                                /s/ Signature on file w/CODY
                                MICHAEL BIGELOW
                                Attorney for Defendant
                                DEREK LADONTE MADDOX

Dated: April 14, 2006
                                McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

                                /s/ Signature on file w/CODY
                                WILLIAM WONG
                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: April 18, 2006

1
2
3   _____
4   MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3