-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:03-cr-0371-MCE |
| Plaintiff, | ) | ORDER FOR RELEASE OF |
| v. | ) | PERSON IN CUSTODY |
| | ) | |
| DEREK LADONTE MADDOX, | ) | |
| BRENT D. BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

> **FILED**
>
> January 24, 2007
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA
>
> DEPUTY CLERK

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release material witness Danita Fuller, Case No.

2:03-cr-0371-MCE, from custody for the following reasons:

___     Release on Personal Recognizance

___     Bail Posted in the Sum of $_____

___     Unsecured Appearance Bond

___     Appearance Bond with 10% Deposit

___     Appearance Bond with Surety

___     Corporate Surety Bail Bond

_x_     (Other) Ms. Fuller testified at trial on January 23, 2007 and was ordered to be

released by the Court at the hearing on January 23, 2007.

Issued at _Sacramento, CA_ on _January 24, 2007_ at _9:45 a.m._

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE