**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Derek Maddox

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 2:03-cr-00371-MCE |
| ) | |
| Plaintiff ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| v. ) | |
| ) | Date:      May 31, 2007 |
| DEREK MADDOX, ) | Time:      9:00 AM |
| ) | Court:     MCE |
| Defendant ) | |
| ) | |

   IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Tuesday, April 10, 2007, at 8:30 AM, for sentencing be rescheduled for May 31, 2007 at 9:00 AM for sentencing.

   It is further agreed and stipulated that informal objections to the PSR shall be filed no later than Wednesday, May 1, 2007, and that formal objections shall be filed no later than May 15, 2007. A corrected PSR, if any shall be filed on or about May 27, 2007.

-1-

1  This stipulation and agreement is entered into for the
2  following reasons: Counsel for defendant has been preparing for
3  trial in the retrial of the penalty phase of a 25 year old-
4  capital case. The taking of evidence is scheduled to commence on
5  Monday, April 9, 2007. Although counsel's status has changed
6  somewhat in the past three days, participation is still
7  required.

**IT IS SO STIPULATED**

Dated: April 7, 2007           /S/ MICHAEL B. BIGELOW
                               Michael B. Bigelow
                               Attorney for Defendant


Dated: April 7, 2007           /S/WILLIAM S. WONG
                               William S. Wong, AUSA

**IT IS SO ORDERED**

April 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE