1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                ) 2:03-cr-00371-MCE
12             Plaintiff,       )
                                ) **STIPULATION TO CONTINUE**
13        v.                    ) **SENTENCING DATE**
                                )
14 DEREK LADONTE MADDOX,        )
                                ) DATE: May 31, 2007
15             Defendant.       ) TIME: 9:30 a.m.
   _____) CTRM: Hon. Morrison C. England, Jr.
16

17      The United States of America, through its counsels of record,

18 McGregor W. Scott, United States Attorney for the Eastern District

19 of California, and Assistant United States Attorney, William S.

20 Wong, and defendant Derek Ladonte Maddox, through his counsel,

21 Michael Bigelow, Esq., hereby submits this stipulation to continue

22 the sentencing date, which is currently set for May 31, 2007, at

23 9:00 a.m., and requests that this Court continue the sentencing date

24 to July 19, 2007, at 9:00 a.m.

25      The reason for continuing the sentencing date in this matter is

26 because defendant Maddox has been transported to the District of

27 Minnesota for his testimony in a bank robbery case in which he

28 previously agreed to cooperate with the government.

                                    1

It is estimated that defendant Maddox would be returned to this district for sentencing in this matter sometime in mid-June. Furthermore, the parties would like additional time to file any formal objections to the presentence report previously filed. The parties agree to file any formal objections simultaneously by June 29, 2007. The reply, if any, by July 6, 2007. The parties respectfully request that the Court set a sentencing date for this matter on July 19, 2007, at 9:00 a.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: May 29, 2007        By: /s/William S. Wong
                           WILLIAM S. WONG
                           Assistant U.S. Attorney
                           Attorneys for Plaintiff

DATED: May 29, 2007        By: /s/ William S. Wong as authorized by
                           MICHAEL BIGELOW, Esq.
                           Attorney for Defendant Derek Ladonte Maddox

ORDER

For the foregoing reasons, the sentencing hearing in this matter is continued to July 19, 2007, at 9:00 a.m.

Dated: May 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE