UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>DEREK LADONTE MADDOX,<br><br>Movant. | No.  2:03-cr-371-MCE-EFB P<br><br><br><br>ORDER |

Movant, who proceeds through counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  ECF No. 1030.  Since movant may be entitled to the requested relief, respondent is directed to file a response within sixty days from the date this order is issued.  *See* Rule 4(b), Rules Governing Section 2255 Proceedings.  Respondent shall include with any answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion.  Rule 5, Rules Governing Section 2255 Proceedings.  Movant's reply, if any, is due on or before thirty days from the date respondent files a response.  *Id.*

So ordered.

DATED:  June 27, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE