PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-00371-JAM-EFB-12 |
| Plaintiff, | **STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER** |
| v. | |
| DEREK LADONTE MADDOX, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.      The defendant filed a motion for compassionate release on June 6, 2023.  Docket No. 1274.  The Government's response is currently due June 26, 2023.  Docket No. 1275.

2.      Counsel for the government requests additional time to obtain relevant records from the Bureau of Prisons and draft the government's response to the defendant's motion.  The defendant does not oppose the government's request.

3.      Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

        a)      The government's response to the defendant's motion to be filed on or before July 27, 2023;

b)      The defendant's reply to the government's response to be filed on or before

August 10, 2023.

IT IS SO STIPULATED.


Dated:  June 26, 2023                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ JASON HITT
                                               JASON HITT
                                               Assistant United States Attorney


                                               HEATHER E. WILLIAMS
Dated: June 26, 2023                           Federal Defender

                                               /s/ Ann C. McClintock
                                               ANN C. McCLINTOCK
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               WILLIAM STANLEY


## ORDER

Based upon the stipulation and representations of the parties, the Court **ADOPTS** the following

as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a)      The government's response to the defendant's motion, (Docket No. 1274), is now due on

or before **July 27, 2023**;

b)      The defendant's reply to the government's response, if any, is due on **August 10, 2023**.


IT IS SO ORDERED.


Dated: June 26, 2023                 /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     SENIOR UNITED STATES DISTRICT JUDGE