HEATHER E. WILLIAMS, #122664
Federal Defender
ANN C. M<sup>c</sup>CLINTOCK, #141313
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant-Movant
DEREK LADONTE MADDOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  2:03-cr-00371-JAM-EFB-12 |
| ) | |
| Plaintiff, ) | **REQUEST FOR EXTENSION OF** |
| v.            ) | **TIME AND ORDER REGARDING** |
| ) | **REPLY IN SUPPORT OF** |
| DEREK LADONTE MADDOX, ) | **DEFENDANT'S MOTION FOR** |
| ) | **REDUCTION IN SENTENCE** |
| Defendant. ) | |

Defendant DEREK LADONTE MADDOX, by and through his counsel, Ann C. M<sup>c</sup>Clintock, Assistant Federal Defender, requests a 21-day extension of time to file his Reply in support of his motion for a reduction in sentence.  This additional time is needed to give Mr. Maddox sufficient time communicate with appointed counsel.  Counsel needs this additional time to complete writing the Reply because of unexpected demands from other cases and conflicting briefing deadlines.  Defendant's Reply Brief in support of his Motion for Reduction in Sentence, docket entry no. 1274, will be filed by **Thursday August 31, 2023**.

-1-

The government, through its counsel Assistant United States Attorney Jason Hitt, graciously has no opposition to this request.

DATED:  August 7, 2023                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Ann C. M<sup>c</sup>Clintock*
                                                ANN C. M<sup>c</sup>CLINTOCK
                                                Assistant Federal Defender

                                                Attorney for Defendant
                                                DEREK LADONTE MADDOX

**O R D E R**

The Court, having received, read, and considered the Defendant's request, and good cause appearing therefrom, **GRANTS** the request in its entirety as its order.

Dated: August 08, 2023                    /s/ John A. Mendez
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 SENIOR UNITED STATES DISTRICT JUDGE