UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>DEREK LADONTE MADDOX,<br><br>Respondent. | No. 2:03-cr-00371-JAM-EFB-12 (HC)<br><br>**ORDER** |

Defendant has filed a motion for reduction in sentence under 18 U.S.C. § 3582(c)(1)(a). ECF No. 1288. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. No party has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 1322) are **ADOPTED in FULL**;
2. Defendant's motion for reduction in sentence (ECF No. 1288) is **GRANTED**, and his sentence is **REDUCED** to **TIME SERVED**.

Dated:  September 29, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE